**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BARTON,**<br>*Appellant,* | §<br>§<br>§ | |
| v. | § | |
| | § | **CAUSE NO 4:24-cv-00863-P** |
| **COURTNEY C. THOMAS, Receiver, DIXON WATER FOUNDATION, and LUMAR LAND & CATTLE, LLC,**<br>*Appellees.* | §<br>§<br>§<br>§ | |

**<u>TIMOTHY L. BARTON'S NOTICE OF APPEAL</u>**

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Timothy Barton hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF No. 25) with accompanying Memorandum Opinion & Order (ECF No. 24 and 24) entered in this action on February 4, 2025.

Respectfully submitted on March 4, 2025,

*<u>/s/Warren V. Norred</u>*
Warren V. Norred, Texas Bar Number: 24045094, warren@norredlaw.com
NORRED LAW, PLLC; 515 E. Border Street; Arlington, TX 76010
O: (817) 704-3984; F: (817) 524-6686

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 4, 2025, I filed the preceding document and its attachments using the Court's CM/ECF filing service, which will send notice of the filing to all parties seeking service in this action.

*<u>/s/Warren V. Norred</u>*
Warren V. Norred