# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 07, 2025

Mr. Craig Alan Carrillo
Brown Fox, P.L.L.C.
8111 Preston Road
Suite 300
Dallas, TX 75225

Mrs. Kaitlyn Coker
Farmer & Coker, P.L.L.C.
901 Main Street
Suite 5330
Dallas, TX 75202-3720

Mr. John Robert Forshey
Vartabedian Hester & Haynes, L.L.P.
301 Commerce Street
Bank of America Tower
Suite 3635
Fort Worth, TX 76102

Ms. Kimberly Paige Harris
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street
Suite 1800
Dallas, TX 75201

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

Ms. Deborah Michelle Perry
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Ross Tower
Suite 3800
Dallas, TX 75201

Mr. Joshua Lee Shepherd
Iacuone McAllister Potter, P.L.L.C.
4925 Greenville Avenue
Energy Square 1

Suite 1112
Dallas, TX 75206

Mr. Julian Preston Vasek
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Ross Tower
Suite 4000
Dallas, TX 75201

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

Dear Mr. Carrillo, Mrs. Coker, Mr. Forshey, Ms. Harris, Mr. Norred, Ms. Perry, Mr. Shepherd, & Mr. Vasek,

**Bankruptcy Creditor Disclosure Requirements**

The parties are directed within fourteen (14) days from the date of this notice to submit a Bankruptcy Creditor Disclosure. You are required to disclose the identity of: (1) the debtor; (2) the members of the creditor's committee; (3) any entity that is an active participant in the proceeding before the Fifth Circuit; (4) any other entity known to the declarant whose stock or equity value could be substantially affected by the outcome of the proceeding; and (5) counsel to the parties/entities identified in (1)-(4). Please submit this disclosure electronically using the "Creditor Disclosure Statement" event.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc: