Case No. 25-10367

# In The United States Court of Appeals for the Fifth Circuit

In re BM318, LLC,

Debtor.

Timothy Barton,

Appellant,

v.

Cortney C. Thomas, Receiver, The Dixon Water Foundation, and Lumar Land & Cattle, LLC,

Appellees.

## THE DIXON WATER FOUNDATION'S BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

*Appeal from the United States District Court*
*for the Northern District of Texas*
*USDC No. 4:24-CV-00863-P*

Deborah M. Perry
Julian P. Vasek
**MUNSCH HARDT KOPF & HARR, P.C.**
500 North Akard St., Ste. 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR APPELLEE**
**THE DIXON WATER FOUNDATION**

Appellee The Dixon Water Foundation submits this Bankruptcy Creditor Disclosure Statement:

1. **Identity of the Debtor:**

   BM318, LLC

2. **Identity of the Members of the Creditor's Committee:**

   No Creditor's Committee has been appointed.

3. **Identity of any entity that is an active participant in this appeal:**

   Timothy Barton (appellant)
   Cortney C. Thomas, Receiver (appellee)
   The Dixon Water Foundation (appellee)
   Lumar Land & Cattle, LLC (appellee)

4. **Identity of any other entity whose stock or equity value could be substantially affected by the outcome of this appeal:**

   None known.

5. **Identity of counsel to the parties and entities identified in (1) – (4) above:**

   Counsel for Appellant Timothy Barton:

   Warren V. Norred
   NORRED LAW, PLLC
   515 E. Border Street
   Arlington, TX 76010

   Kaitlyn M Coker
   Farmer & Coker PLLC
   901 Main Street, Ste 5330
   Dallas, TX 75202

Counsel for Appellee Cortney Thomas, Receiver

C. Alan Carrillo
Charlene Cantrell Koonce
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Counsel for Appellee Lumar Land & Cattle, LLC

Kimberly P. Harris
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201

J. Robert Forshey
Vartabedian Hester & Haynes LLP
301 Commerce Street, Suite 3635
Fort Worth, TX 76102

Counsel for Appellee The Dixon Water Foundation:

Deborah M. Perry
Julian P. Vasek
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659

RESPECTFULLY SUBMITTED this 17th day of March, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*

Deborah M. Perry
Texas Bar No. 24002755
Julian P. Vasek
Texas Bar No. 24070790
500 N. Akard St., Ste. 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jvasek@munsch.com

**ATTORNEYS FOR APPELLEE THE DIXON WATER FOUNDATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 17th day of March, 2025, he caused true and a correct copies of the foregoing document to be served electronically on the following counsel who are registered CM/ECF users:

Ms. Deborah Michelle Perry: dperry@munsch.com

Ms. Kimberly Paige Harris: kharris@qslwm.com

Mr. John Robert Forshey: bobby.forshey@vhh.law, julie.gonzalez@vhh.law

Mr. Julian Preston Vasek: jvasek@munsch.com, hvalentine@munsch.com, courtmail@munsch.com

Mr. Warren Norred: warren@norredlaw.com, court@norredlaw.com, marie@norredlaw.com, katherine@norredlaw.com, ty@norredlaw.com, gabe@norredlaw.com

Mr. Joshua Lee Shepherd, Attorney: shepherd@imcplaw.com

Mr. Craig Alan Carrillo: alan@brownfoxlaw.com, rmelissa@brownfoxlaw.com

Mrs. Kaitlyn Coker: kaitlyn@farmercoker.com

By: /s/ *Julian P. Vasek*
Julian P. Vasek