Case No. 25-10367

# In The United States Court of Appeals for the Fifth Circuit

In re BM318, LLC,

Debtor.

Timothy Barton,

Appellant,

v.

Cortney C. Thomas, Receiver, The Dixon Water Foundation, and Lumar Land & Cattle, LLC,

Appellees.

## BANKRUPTCY CREDITOR DISCLOSURE STATEMENT OF CORTNEY C. THOMAS, RECEIVER

*Appeal from the United States District Court*
*for the Northern District of Texas*
*USDC No. 4:24-CV-00863-P*

Charlene C. Koonce
C. Alan Carrillo
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR APPELLEE**
**CORTNEY C. THOMAS, RECEIVER**

Appellee Cortney C. Thomas, Receiver of Debtor BM318, LLC, submits this Bankruptcy Creditor Disclosure Statement:

1. **Identity of the Debtor:**

   BM318, LLC

2. **Identity of the Members of the Creditor's Committee:**

   No Creditor's Committee has been appointed.

3. **Identity of any entity that is an active participant in this appeal:**

   Timothy Barton (appellant)
   Cortney C. Thomas, Receiver (appellee)
   The Dixon Water Foundation (appellee)
   Lumar Land & Cattle, LLC (appellee)

4. **Identity of any other entity whose stock or equity value could be substantially affected by the outcome of this appeal:**

   None.[1]

5. **Identity of counsel to the parties and entities identified in (1) – (4) above:**

   Counsel for Appellant Timothy Barton:

   Warren V. Norred
   NORRED LAW, PLLC
   515 E. Border Street
   Arlington, TX 76010

   Kaitlyn M Coker
   Farmer & Coker PLLC
   901 Main Street, Ste 5330

[1] Other Receivership Entities, in addition to the Debtor and Receivership Entity BM318, LLC, are identified in the Receiver's certificate of interested persons list included in the Receiver's *Amicus Brief* filed on July 30, 2024 in Case No. 23-11237 [Doc. 63], which is pending in the United States Court of Appeals for the Fifth Circuit. The other Receivership Entities identified in that certificate of interested persons list are omitted here because their equity value will not be "substantially affected by the outcome of this appeal."

Dallas, TX 75202

Counsel for Appellee Cortney Thomas, Receiver

Charlene C. Koonce
C. Alan Carrillo
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

Counsel for Appellee Lumar Land & Cattle, LLC

Kimberly P. Harris
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201

J. Robert Forshey
Vartabedian Hester & Haynes LLP
301 Commerce Street, Suite 3635
Fort Worth, TX 76102

Counsel for Appellee The Dixon Water Foundation:

Deborah M. Perry
Julian P. Vasek
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659

RESPECTFULLY SUBMITTED this 25th day of March, 2025.

**BROWN FOX PLLC**

By: /s/ *C. Alan Carrillo*

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR APPELLEE**
**CORTNEY C. THOMAS, RECEIVER**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 25th day of March, 2025, he caused true and a correct copies of the foregoing document to be served electronically on the following counsel who are registered CM/ECF users:

Ms. Deborah Michelle Perry: dperry@munsch.com

Ms. Kimberly Paige Harris: kharris@qslwm.com

Mr. John Robert Forshey: bobby.forshey@vhh.law, julie.gonzalez@vhh.law

Mr. Julian Preston Vasek: jvasek@munsch.com, hvalentine@munsch.com, courtmail@munsch.com

Mr. Warren Norred: warren@norredlaw.com, court@norredlaw.com, marie@norredlaw.com, katherine@norredlaw.com, ty@norredlaw.com, gabe@norredlaw.com

Mr. Joshua Lee Shepherd, Attorney: shepherd@imcplaw.com

Ms. Charlene Cantrell Koonce: charlene@brownfoxlaw.com

Mr. Craig Alan Carrillo: alan@brownfoxlaw.com, aroark@brownfoxlaw.com

Mrs. Kaitlyn Coker: kaitlyn@farmercoker.com

By: /s/ *C. Alan Carrillo*
C. Alan Carrillo