Case No. 25-10367

# In The United States Court of Appeals for the Fifth Circuit

In re BM318, LLC,

Debtor.

Timothy Barton,

Appellant,

v.

Cortney C. Thomas, Receiver, The Dixon Water Foundation, and Lumar Land & Cattle, LLC,

Appellees.

**LUMAR LAND & CATTLE, LLC'S BANKRUPTCY CREDITOR DISCLOSURE STATEMENT**

*Appeal from the United States District Court for the Northern District of Texas*
*USDC No. 4:24-CV-00863-P*

J. Robert Forshey
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce St., Ste. 3635
Fort Worth, Texas 76102
Telephone: (817) 214-4990

**ATTORNEYS FOR APPELLEE LUMAR LAND & CATTLE, LLC**

Appellee Lumar Land & Cattle, LLC submits this Bankruptcy Creditor Disclosure Statement:

1. **Identity of the Debtor:**

BM318, LLC

2. **Identity of the Members of the Creditor's Committee:**

No Creditor's Committee has been appointed.

3. **Identity of any entity that is an active participant in this appeal:**

Timothy Barton (appellant)
Cortney C. Thomas, Receiver (appellee)
The Dixon Water Foundation (appellee)
Lumar Land & Cattle, LLC (appellee)

4. **Identity of any other entity whose stock or equity value could be substantially affected by the outcome of this appeal:**

None known.

5. **Identity of counsel to the parties and entities identified in (1) – (4) above:**

Counsel for Appellant Timothy Barton:

Warren V. Norred
NORRED LAW, PLLC
515 E. Border Street
Arlington, TX 76010

Kaitlyn M Coker
Farmer & Coker PLLC
901 Main Street, Ste 5330
Dallas, TX 75202

<u>Counsel for Appellee Cortney Thomas, Receiver</u>

C. Alan Carrillo
Charlene Cantrell Koonce
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

<u>Counsel for Appellee Lumar Land & Cattle, LLC</u>

Kimberly P. Harris
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201

J. Robert Forshey
Vartabedian Hester & Haynes LLP
301 Commerce Street, Suite 3635
Fort Worth, TX 76102

<u>Counsel for Appellee The Dixon Water Foundation</u>:

Deborah M. Perry
Julian P. Vasek
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659

RESPECTFULLY SUBMITTED this 25th day of March, 2025.

**VARTABEDIAN HESTER & HAYNES LLP**

By: /s/ *J. Robert Forshey*

J. Robert Forshey
Texas Bar No. 07264200
301 Commerce St., Ste. 3635
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: bobby.forshey@vhh.law

**ATTORNEYS FOR APPELLEE**
**LUMAR LAND & CATTLE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 25th day of March, 2025, he caused true and a correct copies of the foregoing document to be served electronically on the following counsel who are registered CM/ECF users:

Ms. Deborah Michelle Perry: dperry@munsch.com

Ms. Kimberly Paige Harris: kharris@qslwm.com

Mr. John Robert Forshey: bobby.forshey@vhh.law, julie.gonzalez@vhh.law

Mr. Julian Preston Vasek: jvasek@munsch.com, hvalentine@munsch.com, courtmail@munsch.com

Mr. Warren Norred: warren@norredlaw.com, court@norredlaw.com, marie@norredlaw.com, katherine@norredlaw.com, ty@norredlaw.com, gabe@norredlaw.com

Mr. Joshua Lee Shepherd, Attorney: shepherd@imcplaw.com

Mr. Craig Alan Carrillo: alan@brownfoxlaw.com, rmelissa@brownfoxlaw.com

Mrs. Kaitlyn Coker: kaitlyn@farmercoker.com

Ms. Charlenee Cantrell Koonce: charlene@brownfoxlaw.com

By: /s/ *J. Robert Forshey*
J. Robert Forshey