No. 25-10367

IN THE UNITD STATES COURT OF APPEALS
FOR THE 5TH CIRCUIT

---

**In re BM318, LLC,**

*Debtor,*

**TIMOTHY BARTON,**

*Appellant,*

v.

**CORTNEY C. THOMAS, RECEIVER, THE DIXON WATER FOUNDATION, AND LUMAR LAND & CATTLE, llc,**

*Appellees.*

---

On appeal from the US District Court
Northern District of Texas, Fort Worth
Cause No. 4:24-CV-00863-P

---

# BARTON'S BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

---

/s/ Warren V. Norred
Warren Norred, TX Bar 24045094
wnorred@norredlaw.com
**NORRED LAW, PLLC**
515 E. Border; Arlington, Texas 76010
O: 817.704.3984; F: 817.524.6686
Attorneys for Appellant

Appellant Timothy Barton Submits the following Bankruptcy Creditor Disclosure Statement:

1. Identify of the Debtor:

BM318, LLC

2. Identity of the Members of the Creditor's Committee:

No committee has been appointed.

3. Identify of any entity that is an active participant in this appeal:

Timothy Barton (appellant)

Cortney Thomas, Receiver (appellee)

The Dixon Water Foundation (appellee)

Lumar Land & Cattle, LLC (appellee)

4. Identity of any other entity whose stock or equity value could be substantially affected by the outcome of this appeal:

None known.

5. Identity of counsel for the parties and for the entities identified in (1) – (4):

**For Appellant:**
Warren Norred, Norred Law, PLLC
Kaitlyn Coker, Farmer & Coker, PLLC

**For Appellee Cortney Thomas, Receiver:**
C. Alan Carrillo
Carlene Koonce, Brown Fox PLLC

**For Appellee The Dixon Water Foundation:**
Deborah Perry
Julian Vasek, Munsch Hardt Kopf & Harr, P.C.

**For Appellee Lumar Land & Cattle, LLC:**
Kimberly Harris, Quilling, Selander, Lownds, Winslett & Moser, PC
J. Robert Forshey, Vartabedian Hester & Haynes LLP

Respectfully submitted,

*/s/Warren V. Norred*
Warren V. Norred, TBN 24045094
warren@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
817-704-3984
*Attorney for Appellant*

***CERTIFICATE OF SERVICE***

I hereby certifies that, on March 25, 2025, the foregoing document was filed electronically into the Court's docket, which will provide service to the following:
Deborah Michelle Perry: dperry@munsch.com
Kimberly Paige Harris: kharris@qslwm.com
John Robert Forshey: bobby.forshey@vhh.law
Julian Preston Vasek: jvasek@munsch.com
Joshua Lee Shepherd: shepherd@imcplaw.com
Craig Alan Carrillo: alan@brownfoxlaw.com
Kaitlyn Coker: kaitlyn@farmercoker.com

*/s/Warren V. Norred*