# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 09, 2025

Mrs. Kaitlyn Coker
Farmer & Coker, P.L.L.C.
901 Main Street
Suite 5330
Dallas, TX 75202-3720

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

Dear Mrs. Coker, Mr. Norred,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

You must insert a page in between each document containing the tab number corresponding to the Table of Contents. See 5th Cir. R. 30.1.7 (c). Document has not been tabbed as required, see 5th Cir. R. 30.1.7(c). The paper copies of record excerpts filed with the court must contain actual physical tabs containing numbers that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate

of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: E. M. Falls

Eyonka M. Falls, Deputy Clerk
504-310-7670

cc:
Mr. Craig Alan Carrillo
Mr. John Robert Forshey
Ms. Kimberly Paige Harris
Ms. Charlene Cantrell Koonce
Ms. Deborah Michelle Perry
Mr. Joshua Lee Shepherd
Mr. Julian Preston Vasek