Case No. 25-10367

# In the United States Court of Appeals for the Fifth Circuit

In the Matter of BM318, L.L.C.,

Debtors.

Timothy Barton,

Appellant,

v.

Cortney C. Thomas, Receiver, The Dixon Water Foundation, and Lumar Land & Cattle, LLC

Appellees.

## JOINDER OF APPELLEE RECEIVER IN BRIEF OF APPELLEE THE DIXON WATER FOUNDATION

*Appeal from the United States District Court for the Northern District of Texas, No. 4:24-CV-863*

Charlene C. Koonce
Texas Bar No. 11672850
C. Alan Carrillo
Texas Bar No 24109693
**BROWN FOX PLLC**
8111 Preston Road, Ste. 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR APPELLEE CORTNEY C. THOMAS, RECEIVER OF BM318, LLC**

**JOINDER OF APPELLEE RECEIVER IN**
**BRIEF OF APPELLEE THE DIXON WATER FOUNDATION**

Under Federal Rule of Appellate Procedure 28(i) and Federal Rule of Bankruptcy Procedure 8014(e), appellee Cortney C. Thomas, Receiver of the Debtor BM318, LLC, in an effort to conserve the Receivership's estate resources, joins in and adopts by reference the Brief of Appellee The Dixon Water Foundation, filed on June 2, 2025.

RESPECTFULLY SUBMITTED this 2nd day of June, 2025.

**BROWN FOX PLLC**

By: */s/ C. Alan Carrillo*
Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

**ATTORNEYS FOR APPELLEE CORTNEY C. THOMAS, RECEIVER**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 2nd day of June, 2025, he caused true and a correct copies of the foregoing document to be served electronically on the following counsel who are registered CM/ECF users:

Ms. Deborah Michelle Perry: dperry@munsch.com

Ms. Kimberly Paige Harris: kharris@qslwm.com

Mr. John Robert Forshey: bobby.forshey@vhh.law, julie.gonzalez@vhh.law

Mr. Julian Preston Vasek: jvasek@munsch.com, hvalentine@munsch.com, courtmail@munsch.com

Mr. Warren Norred: warren@norredlaw.com, court@norredlaw.com, marie@norredlaw.com, katherine@norredlaw.com, ty@norredlaw.com, gabe@norredlaw.com

Mr. Joshua Lee Shepherd, Attorney: shepherd@imcplaw.com

Ms. Charlene Cantrell Koonce: charlene@brownfoxlaw.com

Mr. Craig Alan Carrillo: alan@brownfoxlaw.com, aroark@brownfoxlaw.com

Mrs. Kaitlyn Coker: kaitlyn@farmercoker.com

*/s/ C. Alan Carrillo*
C. Alan Carrillo

**CERTIFICATE OF COMPLIANCE WITH RULE 32(a)'s TYPE-VOLUME LIMITATION, TYPEFACE LIMITATION, AND TYPE-STYLE REQUIREMENTS**

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this brief contains 52 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word in Times New Roman, 14 pt. font.

Dated: June 2, 2025.

*/s/ C. Alan Carrillo*
C. Alan Carrillo