Case No. 25-10367

# In the United States Court of Appeals for the Fifth Circuit

In the Matter of BM318, L.L.C.,

Debtors.

Timothy Barton,

Appellant,

v.

Courtney C. Thomas; Dixon Water Foundation; Lumar Land & Cattle, LLC

Appellees.

**JOINDER OF APPELLEE LUMAR LAND & CATTLE, LLC IN BRIEF OF APPELLEE THE DIXON WATER FOUNDATION**

*Appeal from the United States District Court for the Northern District of Texas, No. 4:24-CV-863*

J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Facsimile: (817) 214-4988

**ATTORNEYS FOR LUMAR LAND & CATTLE, LLC**

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies under Rule 28.2.1, to the best of her knowledge, information, and belief, that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities who or which are financially interested in the outcome of this litigation. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

**APPELLANT:** The appellant is Timothy Barton.

Mr. Barton is represented by:

Warren V. Norred
Texas Bar No. 24045094
warren@norredlaw.com
NORRED LAW, PLLC
515 E. Border Street
Arlington, TX 76010
T: (817) 704-3984
F (817) 524-6686

**APPELLEES**: The appellees are The Dixon Water Foundation, Lumar Land & Cattle, LLC, and Cortney Thomas, in his capacity as receiver for BM318, LLC.

Lumar Land & Cattle, LLC is represented by:

J. Robert Forshey
Texas Bar No. 07264200
bobby.forshey@vhh.law
Emily S. Chou
State Bar No. 24006997
emily.chou@vhh.law
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Facsimile: (817) 214-4988

and

Kimberly Paige Harris
Texas Bar No. 24002234
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Direct: 214-871-2100
Fax: 214-871-2111
Email: kharris@qslwm.com

The Dixon Water Foundation is represented by:

Deborah M. Perry
Texas Bar No. 24002755
dperry@munsch.com
Julian P. Vasek
Texas Bar No 24070790
jvasek@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
500 North Akard St., Ste. 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500

Cortney Thomas, as receiver for BM318, LLC, is represented by:

Charlene C. Koonce
Texas Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
Tel. 214.327.5000
Fax. 214.327.5001

/s/ *J. Robert Forshey*
J. Robert Forshey, attorney of record
for Lumar Land & Cattle, LLC

## STATEMENT REGARDING ORAL ARGUMENT

The Dixon Water Foundation ("Dixon") is one of the Appellees. Dixon has filed its *Brief of Appellee The Dixon Water Foundation* ("Dixon Brief"). Pursuant to FED R. App. P. 28(i), Lumar Land & Cattle, LLC ("Lumar") hereby joins and adopts the Statement Regarding Oral Argument contained in the Dixon Brief.

# TABLE OF CONTENTS


CERTIFICATE OF INTERESTED PERSONS .......................................................i

STATEMENT REGARDING ORAL ARGUMENT ............................................ iii

TABLE OF AUTHORITIES ..........................................................................v

I. STATEMENT OF JURISDICTION ...............................................................1

II. STATEMENT OF THE ISSUES ....................................................................1

III. STATEMENT OF THE CASE .......................................................................1

IV. SUMMARY OF THE ARGUMENT ...............................................................1

V. ARGUMENT & AUTHORITIES ....................................................................1

VI. CONCLUSION...............................................................................................1

CERTIFICATE OF SERVICE ...........................................................................3

CERTIFICATE OF COMPLIANCE.....................................................................4

# TABLE OF AUTHORITIES

## Statutes and Rules

FED R. App. P. 28(i) ........................................................................................1

## I. STATEMENT OF JURISDICTION

Pursuant to FED R. APP. P. 28(i), Lumar hereby joins and adopts the Statement of Jurisdiction contained in the Dixon Brief.

## II. STATEMENT OF THE ISSUES

Pursuant to FED R. APP. P. 28(i), Lumar hereby joins and adopts the Statement of the Issues contained in the Dixon Brief.

## III. STATEMENT OF THE CASE

Pursuant to FED R. APP. P. 28(i), Lumar hereby joins and adopts the Statement of the Case contained in the Dixon Brief.

## IV. SUMMARY OF THE ARGUMENT

Pursuant to FED R. APP. P. 28(i), Lumar hereby joins and adopts the Summary of the Argument contained in the Dixon Brief.

## V. ARGUMENT & AUTHORITIES

Pursuant to FED R. APP. P. 28(i), Lumar hereby joins and adopts the Argument and Authorities contained in the Dixon Brief.

## VI. CONCLUSION

The District Court correctly decided that it lacked subject matter jurisdiction because Mr. Barton lacks standing. As such, Mr. Barton's appeal was properly dismissed. The record does not support Mr. Barton's factual allegations, and he lacks

standing even if his allegations are true. The Court should therefore affirm the District Court's decision to dismiss the appeal.

RESPECTFULLY SUBMITTED this 2nd day of June, 2025.

By: */s/ J. Robert Forshey*
J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 3635
Telephone: (817) 214-4990
Facsimile: (817) 214-4988
E-mail: bobby.forshey@vhh.law
E-mail: emily.chou@vhh.law

**ATTORNEYS FOR APPELLEE LUMAR LAND & CATTLE LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 2, 2025, a true and a correct copy of the foregoing document was served on the counsel of record listed below via electronic filing.

Mr. Craig Alan Carrillo: alan@brownfoxlaw.com, amanda@brownfoxlaw.com
*Counsel for Cortney Thomas, Receiver*

Mrs. Kaitlyn Coker: kaitlyn@farmercoker.com
*Counsel for Mr. Barton*

Ms. Kimberly Paige Harris: kharris@qslwm.com
*Counsel for Lumar Land & Cattle, LLC*

Ms. Charlene Cantrell Koonce: charlene@brownfoxlaw.com, jean@brownfoxlaw.com, kimberley@brownfoxlaw.com
*Counsel for Cortney Thomas, Receiver*

Mr. Warren Norred: warren@norredlaw.com, court@norredlaw.com, marie@norredlaw.com, katherine@norredlaw.com, ty@norredlaw.com, gabe@norredlaw.com
*Counsel for Timothy Barton*

Ms. Deborah Michelle Perry: dperry@munsch.com
*Counsel for The Dixon Water Foundation*

Mr. Julian Preston Vasek: jvasek@munsch.com, hvalentine@munsch.com, courtmail@munsch.com
*Counsel for The Dixon Water Foundation*

By: /s/ *J. Robert Forshey*
J. Robert Forshey

**CERTIFICATE OF COMPLIANCE WITH RULE 32(a)'s TYPE-VOLUME LIMITATION, TYPEFACE LIMITATION, AND TYPE-STYLE REQUIREMENTS**

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this brief contains 201 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word in Times New Roman, 14 pt. font.

Dated: June 2, 2025.

By: */s/ J. Robert Forshey*
J. Robert Forshey