Warren V. Norred
warren@norredlaw.com
C. Chad Lampe
chad@norredlaw.com

NORREDLAW PLLC
Intellectual Property • Litigation • Bankruptcy

Clayton Everett
clayton@norredlaw.com
Solomon Norred
sgn@norredlaw.com

June 4, 2025

U.S. Court of Appeals for the 5th Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

Attn: Clerk of the Court

***Re.* 25-10367, *In the Matter of BM318, LLC***

Appellant Timothy Barton respectfully requests that the Court take notice that the undersigned will be unavailable from June 6, 2025 to June 17, 2025 due to scheduled leave, from July 16, 2025 through July 23, 2025 due to trial in Northern District of Texas cause number 4:23-cv-01002, *Sabal v ADL*, from October 6, 2025 through October 24, 2025 due to trial in Northern District of Texas cause number 3:23-cv-02367, *City of Dallas v Triple D Gear*, and from December 26, 2025 through January 16, 2026 due to scheduled leave.

Respectfully submitted,

*/s/Warren V. Norred*
Warren V. Norred
First Circuit Bar Number: 1214104
warren@norredlaw.com
Counsel for Appellant