# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 16, 2025

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

    No. 25-10367    Barton v. Thomas
                    USDC No. 4:24-CV-863

Dear Mr. Norred,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Documents that are not part of the record on appeal must be removed. The only documents to be filed in the record excerpts are those that are part of the district court record.

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. **The certificate of service/proof of service on your proposed sufficient record excerpts MUST be dated on the actual date that service is being made.** Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

By: *Rebecca Jeanfreau* (signature)
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc:
    Mr. Craig Alan Carrillo
    Mrs. Kaitlyn Coker
    Mr. John Robert Forshey
    Ms. Kimberly Paige Harris
    Ms. Charlene Cantrell Koonce
    Ms. Deborah Michelle Perry
    Mr. Joshua Lee Shepherd
    Mr. Julian Preston Vasek