No. 25-10367

---

**United States Court of Appeals for the Fifth Circuit**

---

**IN THE MATTER OF BM318, L.L.C.,**
*Debtor,*

**TIMOTHY BARTON,**
*Appellant*,

v.

**COURTNEY C. THOMAS;**
**DIXON WATER FOUNDATION;**
**LUMAR LAND & CATTLE, LLC,**
*Appellees.*

---

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division

---

APPELLANT'S MOTION FOR LEAVE TO FILE LATE REPLY BRIEF
WITH BRIEF INCORPORATED

---

Warren V. Norred
**Norred Law, PLLC**
Texas Bar Number: 24045094
warren@norredlaw.com
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 (Office)
(817) 524-6686 (Fax)
*Counsel for Appellants*

Timothy Barton, Appellant, herein moves the Court for leave to file his Reply Brief one day late and would show the Court as follows:

Appellant's Reply Brief was due on June 23, 2025, but was not filed timely due to an inadvertent administrative oversight in counsel's office. Denying this Motion to file late will prejudice Appellant's position unjustly, as the instant appeal will be considered and judgment rendered on incomplete briefing.

The one-day delay causes no prejudice to Appellees, and the circumstances described herein constitute good cause under Local Rule 31.4.3.1.

Appellant thus requests the Court consider his Reply Brief (filed concurrently), which contains the same content as it did when it was written several days ago.

Appellees have all expressed opposition to this one-day extension, but none suggested or claimed prejudice when conveying that opposition.

Respectfully submitted,

*/s/Warren V. Norred*
Warren V. Norred; TBN 24045094; warren@norredlaw.com
NORRED LAW, PLLC
515 E. Border Street
Arlington, TX 76010
T: (817) 704-3984; F (817) 524-6686
COUNSEL FOR APPELLANT

## FED. R. APP. P 25(d) CERTIFICATE OF SERVICE

I certify that on June 24, 2025, the foregoing motion was served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record, and has been transmitted to the Clerk of the Court, including:

For Court Thomas:
Charlene C. Koonce, Texas Bar No. 11672850, charlene@brownfoxlaw.com
C. Alan Carrillo, Texas Bar No. 24109693, alan@brownfoxlaw.com
For The Dixon Water Foundation:
Deborah M. Perry, Texas Bar No. 24002755, dperry@munsch.com
Julian P. Vasek, Texas Bar No. 24070790, jvasek@munsch.com
For Lumar Land & Cattle, LLC:
J. Robert Forshey, Texas Bar No. 07264200, bforshey@forsheyprostok.com
Kimberly P. Harris, Texas Bar No. 24002234, kharris@qslwm.com
Joshua L. Shepherd, Texas Bar No. 24058104, jshepherd@qslwm.com

/s/ Warren V. Norred

## CERTIFICATE OF CONFERENCE

I certify that on June 24, 2025, I conferred via email with counsel for all Appellees, who all oppose this Motion and the relief sought therein.

/s/ Warren V. Norred

## CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 32(G)(1) AND 5TH CIR. R. 32.3. (SEE FED. R. APP. P. 28(A)(10))

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7), which limits a reply brief to 15 pages, excluding the parts of the document exempted by Fed. R. App. P. 32(f), and no more than 6500 words.

2. This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportional-spaced typeface using Microsoft Word with a 14-point Times New Roman font.

/s/ Warren V. Norred
Warren V. Norred