# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 25, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

The court has granted the opposed motion to file an out of time appellant's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________________
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Craig Alan Carrillo
Mrs. Kaitlyn Coker
Mr. John Robert Forshey
Ms. Kimberly Paige Harris
Ms. Charlene Cantrell Koonce
Mr. Warren Norred
Ms. Deborah Michelle Perry
Mr. Joshua Lee Shepherd
Mr. Julian Preston Vasek