# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 14, 2025

Mr. Warren Norred
Norred Law, P.L.L.C.
515 E. Border Street
Arlington, TX 76010

    No. 25-10367   Barton v. Thomas
                           USDC No. 4:24-CV-863

Dear Mr. Norred:

On page 5 of your reply brief, you cite "*Kneeland v. Am. Arbitration Ass'n*, 956 F.2d 755, 760 (5th Cir. 1992)" for the following proposition:

> Courts have consistently held that a party with an equitable or ownership interest in affected property maintains standing to appeal orders disposing of that property. See *Kneeland v. Am. Arbitration Ass'n*, 956 F.2d 755, 760 (5th Cir. 1992) (receiver cannot defeat owner's right to participate in proceedings affecting their property)[.]

The court is unable to find this case. Please furnish the Court with a copy of this opinion by 12:00 P.M. CST on Friday, July 18, 2025. Failing that, explain in detail the basis of your belief that the opinion exists.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Lisa E. Ferrara, Deputy Clerk
                                          504-310-7675

cc:
    Mr. Craig Alan Carrillo
    Mrs. Kaitlyn Coker
    Mr. John Robert Forshey
    Ms. Kimberly Paige Harris
    Ms. Charlene Cantrell Koonce

Ms. Deborah Michelle Perry
Mr. Joshua Lee Shepherd
Mr. Julian Preston Vasek