Warren V. Norred
wnorred@norredlaw.com
C. Chad Lampe
chad@norredlaw.com

NorredLaw PLLC
Intellectual Property · Litigation · Bankruptcy

Clayton Everett
clayton@norredlaw.com
817-704-3984
www.norredlaw.com

United States Court of Appeals
Fifth Circuit, Office of the Clerk

    Re:    No. 25-10367, *Barton v. Thomas*; USDC No. 4:24-CV-863
             Response to Question about Non-Existent Case Law Cited

To the Clerk and Court:

In Doc. 52, Mr. Cayce enquired about *Kneeland v. Am. Arbitration Ass'n*, 956 F.2d 755, 760 (5th Cir. 1992), a case cited in Appellant's Reply Brief (Doc. 44).

As the Clerk and Court suspected, this case does not exist; my citation was in error.

The Clerk asked for an explanation for the error. This reply brief was not initially drafted by my office, but by a friend of my client in this matter, who has provided assistance to reduce costs. In previous documents like this, I have identified that the case citations in these drafts were often illusory, and have taken steps to make appropriate corrections and redrafts while I have completed pleadings for this client in this case and others.

I personally completed this reply brief, including the creation of the table of authorities, and review of case law. I simply missed this one. This error is doubly troubling because it is my practice to check case citations before beginning an initial review of work performed in my office with the Document Analysis tool provided in my Lexis subscription to identify inaccurate citations in our briefs.

I apologize for this misstep, which is completely my error, and the result of trying to file the brief without following my usual process.

In responding with this explanation and apology, I feel compelled to point out that the point of the non-existent citation remains valid, even if the citation was erroneous. The other case cited for the proposition in the Reply Brief, *SEC v. Basic Energy & Affiliated Res.*, 273 F.3d 657, 665 (6th Cir. 2001), cites this Court's *SEC v. Forex Asset Mgmt. LLC*, 242 F.3d 325, 328-29 (5th Cir. 2001) decision in its reasoning to support appeals under the 'person aggrieved' doctrine, allowing appeals for non-parties who did not intervene in the court below. *Basic Energy*, 273 F.3d at 665.

I apologize for the citation to a non-existent case, and beg the pardon of the Clerk and Court for this error.

Respectfully submitted,

[signature: Warren V. Norred] No. 24045094
515 E. Border, Arlington, TX 76010
Tel. (817) 704-3984, Fax. (817) 524-6686
*Attorney for Appellant Barton*

**CERTIFICATE OF SERVICE** – I certify that the foregoing letter was filed with the Court's efile system on July 18, 2025, which will serve the letter to the Clerk and Court, and to all parties in interest.

>   */s/ Warren V. Norred*
>   Warren V. Norred