**United States Court of Appeals for the Fifth Circuit**

**IN THE MATTER OF BM318, L.L.C.,**
*Debtor,*

**TIMOTHY BARTON,**
*Appellant,*

v.

**COURTNEY C. THOMAS;**
**DIXON WATER FOUNDATION;**
**LUMAR LAND & CATTLE, LLC,**
*Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division

MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Warren V. Norred
**Norred Law, PLLC**
Texas Bar Number: 24045094
warren@norredlaw.com
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 (Office)
(817) 524-6686 (Fax)
*Counsel for Appellant*

The undersigned respectfully moves this Court for leave to withdraw his appearance as counsel for Appellant Timothy Barton, and for cause would show the Court that Appellant has not complied with the retainer agreement entered into by Appellant and the undersigned.

Appellant has expressed opposition to this Motion and the relief sought therein. Counsel for all Appellees are unopposed.

Respectfully submitted,

*/s/Warren V. Norred*
Warren V. Norred; TBN 24045094; warren@norredlaw.com
NORRED LAW, PLLC
515 E. Border Street, Arlington, TX 76010
T: (817) 704-3984; F (817) 524-6686
COUNSEL FOR APPELLANT

## FED. R. APP. P 25(d) CERTIFICATE OF SERVICE

I certify that on August 12, 2025, the foregoing motion was served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure on all registered counsel of record, and has been transmitted to the Clerk of the Court, including:

For Court Thomas:
    Charlene C. Koonce, Texas Bar No. 11672850, charlene@brownfoxlaw.com
    C. Alan Carrillo, Texas Bar No. 24109693, alan@brownfoxlaw.com
For The Dixon Water Foundation:
    Deborah M. Perry, Texas Bar No. 24002755, dperry@munsch.com
    Julian P. Vasek, Texas Bar No. 24070790, jvasek@munsch.com
For Lumar Land & Cattle, LLC:
    J. Robert Forshey, Texas Bar No. 07264200, bforshey@forsheyprostok.com
    Kimberly P. Harris, Texas Bar No. 24002234, kharris@qslwm.com
    Joshua L. Shepherd, Texas Bar No. 24058104, jshepherd@qslwm.com
                                                    */s/ Warren V. Norred*

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that on August 12, 2025, I conferred via email with counsel for all Appellees, who do not oppose this Motion or the relief sought therein.

*/s/ Warren V. Norred*