# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
Mr. Craig Alan Carrillo
Mrs. Kaitlyn Coker
Mr. John Robert Forshey
Ms. Kimberly Paige Harris
Ms. Charlene Cantrell Koonce
Mr. Warren Norred
Ms. Deborah Michelle Perry
Mr. Joshua Lee Shepherd
Mr. Julian Preston Vasek