# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2025

Mr. Timothy Barton
1846 E. Rosemeade Parkway
Carrollton, TX 75007

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

Dear Mr. Barton,

We have filed your Petition for Rehearing and rehearing en banc. However, it has the following deficiency. Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

Petition for Rehearing En Banc must not be incorporated in the Petition for Panel Rehearing, see 5th Cir. R. 40.2.2.

It is lacking a copy of the court’s opinion.

<u>Therefore, you must take one of the following actions:</u>

1. Send letter advising to disregard your request for Petition for Rehearing En Banc, or
2. If it is your intention to file a Petition for Rehearing En Banc, you will need to comply with Fed. R. App. P. 40(d)(2) and 5th Cir. R. 40.2.2.

Attachments to the rehearing are not allowed, see Fed. R. App. P. 40 and 5th Cir. R. 40.

Sincerely,

LYLE W. CAYCE, Clerk

By: M Courseault
Melissa B. Courseault, Deputy Clerk
504-310-7701

cc:
Mr. Craig Alan Carrillo

Mr. John Robert Forshey
Ms. Kimberly Paige Harris
Ms. Charlene Cantrell Koonce
Ms. Deborah Michelle Perry
Mr. Julian Preston Vasek