# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 13, 2025
Lyle W. Cayce
Clerk

No. 25-10367

In the Matter of BM318, L.L.C.,

*Debtor*,

Timothy Barton,

*Appellant*,

*versus*

Courtney C. Thomas; Dixon Water Foundation; Lumar Land & Cattle, L.L.C.,

*Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-863

SANCTION

Before Davis, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:

The court has considered counsel's response to the order to show cause. Counsel's request to reduce or cancel the sanction is DENIED.

IT IS THEREFORE ORDERED that Mr. Warren V. Norred pay to the clerk of this court within 10 days a sanction of $1,000.00 for citing, quoting from, and discussing a non-existent case in a brief filed in this court.