NORREDLAW PLLC
Intellectual Property • Litigation • Bankruptcy

August 13, 2025

United States Court of Appeals for the Fifth Circuit
New Orleans, LA

**Via CM/ECF**

*Attn: Clerk of the Court*

***Case No. 25-10367, In the Matter of BM318, LLC***

I certify that on August 13, 2025, I served my Motion to Withdraw Appearance on Appellant Timothy Barton at his known good email address, timothy.barton@proton.me. Mr. Barton may be contacted at this email address, by phone at 214-673-8714, and by mail at the address below.

1846 East Rosemeade Parkway, #232
Carrollton, TX 75007

Respectfully submitted,

Warren V. Norred
**Norred Law, PLLC**
Texas Bar Number: 24045094
warren@norredlaw.com
515 E. Border St.
Arlington, TX 76010
(817) 704-3984 (Office)
(817) 524-6686 (Fax)
*Counsel for Appellant*