# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10367 Barton v. Thomas
USDC No. 4:24-CV-863

The court has granted the motion of attorney Warren Norred to withdraw as counsel.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Timothy Barton
Mr. Craig Alan Carrillo
Mr. John Robert Forshey
Ms. Kimberly Paige Harris
Ms. Charlene Cantrell Koonce
Mr. Warren Norred
Ms. Deborah Michelle Perry
Mr. Joshua Lee Shepherd
Mr. Julian Preston Vasek